NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IEASCHA J. FINN,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-5079
                                          )
7-ELEVEN, INC.,                           )
                                          )
            Appellee.                     )
_____ )

Opinion filed November 30, 2018.

Appeal from the Commission on Human
Relations.

Ieascha J. Finn, pro se.

Suzanne M. Boy of Henderson, Franklin,
Starnes & Holt, P.A., Fort Myers, for
Appellee.

PER CURIAM.

                    Affirmed.

NORTHCUTT, MORRIS, and BLACK, JJ., Concur.